IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT DIVINE SMITH, SR.

Plaintiff,

v.

ARNOLD, et al.,

Defendants.

No. 2:07-cv-00978 LKK-DAD

**ORDER**

Defendants Arnold and Schwartz have requested a thirty-day extension of time to file a responsive pleading in this matter.  Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is granted.  Defendants shall file their responsive pleading(s) on or before December 4, 2008.

DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/smit0978.36rp