# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT DIVINE SMITH, SR., | 2:07-cv-0978-LDG |
|     Plaintiff, | |
| v. | **ORDER** |
| ARNOLD, et al., | |
|     Defendants. | |

    Defendants Arnold and Schwartz have filed a motion for reconsideration of this court's denial of their motion to dismiss (#40, opposition #42). The court finds that because summary judgment is not the appropriate method in which to resolve factual disputes regarding the exhaustion of plaintiff's claims, the motion for reconsideration has merit.

    As indicated in the court's prior order, the court is presented with two issues in its exhaustion inquiry: (1) whether contents of grievances requesting transfer satisfy a complaint by Smith of a denial of the mental health treatment, and (2) whether Smith was not aware of his designation for mental health treatment, and, therefore, could not have filed a specific grievance to that effect. Before determining whether to conduct a Ritza hearing, the court will direct the parties to further address these issues. Accordingly,

    THE COURT HEREBY ORDERS that defendants' motion for reconsideration (#40) is GRANTED to the following extent: In order to enable the court to determine whether a Ritza hearing should be conducted, defendants shall file within sixty (60) days of the date of the filing of this order, a brief addressing the two issues identified above; plaintiff Smith shall have 60 days

1 | from the filing of defendants' brief in which to file a response; and defendants shall have 30 days
2 | from the date of the filing of the response to file a reply.
3 |     THE COURT FURTHER ORDERS that plaintiff Smith's motions for extensions of time
4 | (#41 and #34) are DENIED as moot because the filings pertaining to them have been filed and
5 | considered by the court.

7 | DATED this 29 day of March, 2010.

_____
Lloyd D. George
United States District Judge