# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT DIVINE SMITH, SR., | |
|     Plaintiff, | 2:07-cv-0978-LDG |
| v. | |
| ARNOLD, et al., | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
|     Defendants. | |

       Plaintiff brought this 42 U.S.C. § 1983 action alleging violations of his Eighth and Fourteenth Amendment rights stemming from Defendants' failure to provide him court mandated mental health treatment. Defendants, however, argue that because Plaintiff failed to file an inmate grievance concerning the alleged denial of mental health treatment, Plaintiff has failed to exhaust his administrative remedies. Defendants Arnold and Schwartz accordingly filed a motion to dismiss (#26, opposition #31, reply #33, surreply #36).

       This court previously issued an order denying Defendants' motion to dismiss because of factual disputes regarding the exhaustion of Plaintiff's claims (#38). Defendants' then filed a motion for reconsideration (#40, opposition #42). This court granted Defendants' motion for reconsideration based on new argument and authorities supporting Defendants' position that factual disputes regarding the exhaustion of Plaintiff's claims are properly considered on a motion to dismiss (#43), and ordered the parties to submit supplemental briefing on Defendants' motion to dismiss. The parties have filed supplemental briefing (#45, opposition #47).

1  After careful consideration of the parties' supplemental briefing, this court now grants
2  Defendants' motion to dismiss. Plaintiff failed to file any grievance relative to his allegedly
3  inadequate mental health treatment. Furthermore, although Plaintiff filed grievances regarding
4  issues unrelated to this action, none of these extraneous grievances were sufficient to "alert the
5  prison to the nature of the wrong for which redress is sought." *Morton v. Hall*, 559 F.3d 942, 946
6  (9th Cir. 2010) (quoting *Griffin v. Arpaio*, 557 F.3d 1117, 1120 (9th Cir. 2009) (internal quotation
7  marks omitted)). Accordingly,

8  THE COURT HEREBY ORDERS that its previous order dismissing Defendants' motion
9  to dismiss (#38) is VACATED.

10  THE COURT FURTHER ORDERS that Defendants' motion to dismiss (#26) is
11  GRANTED.

13  DATED this ____ day of September, 2010.

15  _____
16  Lloyd D. George
    United States District Judge